FILED
2008 NOV 12 PM 1:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR3742-WQH |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING HEARING** |
| ARNULFO ORTIZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the hearing set for November 14, 2008, be rescheduled to <u>Tuesday, November 25, 2008, at 9:30 a.m.</u>

**IT IS SO ORDERED.**

DATED: 11-10-08

_____
HONORABLE NITA L. STORMES
United States Magistrate Judge